UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALONZO J. SEVERSON,

        Plaintiff,

  v.

ELON MUSK, *et al.*,

        Defendants.

Case No. C2-948-JNW

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in this action. (Dkt. # 1.) On May 29, 2025, the Court ordered Plaintiff to clarify his application or show cause why his IFP application should not be denied by June 13, 2025. (Order (dkt. # 5).) On May 30, 2025, the Court received a notice of change of address from Plaintiff and on June 12, 2025, the Order was remailed to Plaintiff's new address. (*See* dkt. # 6; dkt. 6/12/25.) Due to the delay, the deadline to show cause is hereby extended to **June 27, 2025**.

//

//

MINUTE ORDER - 1

Dated this 17th day of June, 2025.

Ravi Subramanian  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2